# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-20012
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 16, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ROBERTO MARTINEZ-ALVAREZ, also known as Jose Alberto Martinez, also known as Jose Roberto Martine Alvarez, also known as Bladimir Rodriguez Tovar,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-494-1

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Roberto Martinez-Alvarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez-Alvarez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20012

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.